1. Name Jermar Fluckers

1931 hobart

90210 Ca

DOB 08/30/1979

Male

Ph 737-382-4824

Email jajaiseventh@gmail.com

Location of injury

515 E COMMERCE TX

BROWNWOOD TX 76801

FILED
2024 AUG 27 PM 3:11
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ____cl____

O. US district court
501 West 5th street
Suit 78701
Ph# 830 703 2038
Email-

Defendent,
Fox news contractors-
Bet contractors-
Wendi ann ortega
Reagen E
Judy
Deandre Fluckers

1:24CV00998 RP

2. To the commissioner of the court to be the adjudicator of this matter, this matter is the new of many matters that have bourdon me over the years, here in the states all 51 states in the union it is my concern and duty to provide you with a notice of ambition to the statue unknown ..

The matter I am speaking of is of very serious and has been placed in my life by person who have a relativity low ambition for the health and welfare of person who have private moments in the personal life in are great nation.

The united states of America  has passed no statue for the phenomenon AI This technology has passed without notice and is very powerful, in the wrong hands there can be a great loss to are privacy and are special moments we believe should be private but now I'm a witness to the a new phenomenon I have coined prostrating .

This act is so foul and invasive that only the court can mitigate this issue, I would like to be the first

To call it to the attention of those who love to have private moments with there partners and husbands and wives, in this case the constitution did not cove r this act and protection could not be afforded to my self in this case ..i would ask you as a commissioner to pass this case on to be looked at so that statue can be placed and identification of these kind of acts can be looked  at to protect the public

From the advanced technology that we share in are great nation and to be enjoyed in a respectful manner that promotes advancements that carry the best intuition for all of us ..unfortunately you cant undo something of this kind and that is water under the bridge .

Well going to a mental institution and filing a report with the live oak PD I STILL HAVE A HEALTHY FEAR OF MY OWN phallus ..so in this matter this is a notice and a prerequisite and a catalyst to the matter I have had a experience with..

3.On this day and on this time AI and persons locally found me while recovering from a long work year in the OYO hotel and while exercising my rights under the constitution to have piece and enjoyment on a late Sunday after noon ,I was High jacked by the group of squatters who sat on my position at this hotel

Laid in wait until AI collected information my anatomy ,while I was in process of caring for my self I believe my x wife and associates in firing off my prostrate with this power tool we call AI MORE THAN 3

MAYBE MORE not sure its unbelievable but very real they counted every shoot with a building shaking

In process real time and I was in process of a divorce and protective order from her ,I don't want to make this to viol but I was also jailed for not having sexual relations I believe post this incident, I have not really recovered have had nightmares about repeating this and had a real fear of normal activity ..

After the moment I sat in disbelief with my ###### laid to the side and wondered if I was dreaming I was not I was very woke ..a short time later they shut the power off to the location ..this is federal question

Is firing off humans anatomy promoted or is this a first of this kind and will we stand for this just firing each others parts off when and whenever this is what I sat in the dark thinking post incident I had no one to call or talk to about this but did check into the san Antonio branch of the Methodius mental health .

Is this were we are going as a civil nation and has this happened to others ,we need to fix this with statue and assured that we are not putting each other in positions that cause pain and discomfort

While in civil litigation under a dissolution petition of marriage ,this is not my best moment I can say but will be the catalyst for others to avoid her, miss fire

4.Concern

Does this party have financial liability without admittance and are these incidents noticed by the system

And a hearing may have the truth come forward to except there responsibility, esxpalaing to you the commissioner of the court the complicated operation that lead to a breach in the constitution and

5.I would enjoy this party to be located in a hearing and explain how they planned exsiccated and placed there selves in the dark of night with no power at all at this location to perfectly execute this ordeal

Persons of interest ,to verbatim step by step from start to finish this will allow me to began to heal from this , and stop the sleep night mares that people hear me going threw

Cause of action

5.Unlawful scrotal involment by way of force Harrasment of sexual matter of myself and a minor of mine.

Resolution

A full hearing and council of the matter from those who are placed at this anomaly in 2021 while I was

Spending Christmas with my children ..and provide insurance information and except respectability

And made speak of how this has changed my life and now theirs ..

A charge for the clean up and a in this moment I was writing my book the American phootball game

And preparing to began work on this as apart of jaiintellectual llc

Mitigation is needed but this need to be courted and a hearing to explain the operation and how they

Word for word under the statue of 916 usc so legislation can be drawn under all levels from osha to

Work place conduct of personnel ,I thank you in advance for the opportunity to address your court and move forward in the matter .. I would refer to skype to have the parties or a full hearing to reveal the operation and intent which we all know was noticed in line. 5 of the notice to you .

I pray that a request to expedite ,so all parties can observe the new school year and I have other matters that are pressing that require my attention there is a baby involved my children need me so a self report as a good faith jester ,to mitigate ASAP and no charges as justice is civil not to advanced as conduct under statue that would require any further action if remedy is accomplished ..

Who is pegon

Who was working at the store in front of the

Hotel who is judy who is

Who wares a size 11 shoe

Who drives a red suv 3 point chick fila

Whataburger

*There may have been a baby, in the area* Wendi ann ortega, 100% After, Jailing me. Detail, Fluckers.

Jermar Fluckers

Date

1. *Jermar Fluckers*

Hard calls

2021what lead up to the event and how it could have a outcome of this magnitude ..a hard call is something that should never happened ,in divorce this option should never be exploited..

Standing orders is not a option this is a court order that hold your rights firm to safety and respect under a dissolution of a civil union in the united states ,the the person who filed the civil union was directly in position to receive a hard call on there cell phone .

I have reason to believe that hard calls in Austin were exploited ,inclusively its my belief that bus #20 riverside east of the downtown district a hard hit of a pot hole can cause a hard call and its my belief that this may have been exposited ..

On the day on or before I 03/08/2024 I believe my x wifes company all received a hard call on me while

In the room and more than 2 so this makes the matter a federal hard call by way of cell and stocking ..

In detail on the last paragraph on page #3 line 5 UCI WAS COMMITED and medical bills were generated from this action and ,this is why I need a quick resolution or full trial by the piers in the community

To resolve this federal question as I have laid it out in the 5 page FQ LETTER TO YOUR COURT ..

IN LOU of this matter I will provide the medical bills and report from the live oak PD WHEN I CHECKED MY SELF IN FOR COUNCEL AND RECOMIDATION FROM PROFETIONALS WHO TRIED to handle this very unique matter ...so in this file I have a civil cover sheet and a resolution option summery to be a option if the defendants chose to to self-report of rather go to trial , I have contacted Davis law firm as a option to see if a quid pro ..

Hard Calls, when I Have an Erection phones ring Noticins To my x wife and other, Its Real, This lead up to Peping tom—