IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JERMAR FLUCKERS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:24-CV-998-RP |
| | § | |
| FOX NEWS CONTRACTORS, et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court is the report and recommendation from United States Magistrate Judge

Dustin Howell concerning Plaintiff's Motion to Proceed *In Forma Pauperis*, (Dkt. 2). (R. & R., Dkt.

6). Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United

States District Court for the Western District of Texas, Judge Howell issued his report and

recommendation on January 14, 2025. (*Id.*). As of the date of this order, no party has filed objections

to the report and recommendation.

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a

magistrate judge's proposed findings and recommendations within fourteen days after being served

with a copy of the report and recommendation and, in doing so, secure de novo review by the

district court. When no objections are timely filed, a district court can review the magistrate's report

and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no

timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the

face of the record in order to accept the recommendation.").

Because no party has filed timely objections, the Court reviews the report and

recommendation for clear error. Having done so and finding no clear error, the Court accepts and

adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the Report and Recommendation of the United States Magistrate Judge, (Dkt. 6), is **ADOPTED**. Plaintiff's cause of action is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B). **IT IS FURTHER ORDERED** all pending motions in this case are **MOOT**.

The Court will enter final judgment by separate order.

**SIGNED** on February 5, 2025.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE